NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLATLAND REALTY, LLC,**

*Appellant*

**v.**

**SECRETARY OF THE ARMY,**

*Appellee*

---

2024-1531, 24-1534

---

Appeal from the Armed Services Board of Contract Appeals in No. 63409, Administrative Judge Richard Shackleford, Administrative Judge Michael N. O'Connell, Administrative Judge Timothy Paul McIlmail.

---

## **O R D E R**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2          FLATLAND REALTY, LLC V. SECRETARY OF THE ARMY

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

September 18, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 18, 2024